**ELECTRONIC RECORD**

COA # 05-14-00278-CR          OFFENSE: OTHER CRIMINAL

STYLE: The State of Texas v. Jarquis D. Jackson          COUNTY: Dallas

COA DISPOSITION: REVREM          TRIAL COURT: County Criminal Court No. 3

DATE: 01/21/2015          Publish: NO     TC CASE #: MB13-62072

## IN THE COURT OF CRIMINAL APPEALS

209-15
209-15

STYLE: The State of Texas v. Jarquis D. Jackson          CCA #: _____

_____APPELLEE'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 04/29/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____